BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 8/25/09*

Counsel for Defendant RODRIGUEZ-CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-00431 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[] ORDER** |
| | ) | |
| EUDORO RODRIGUEZ-CHACON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, August 24, 2009 at 9:00 a.m., be continued to Monday, September 21, 2009, at 9:00 a.m.  Presently, the defense is preparing a motion to dismiss the indictment based on defective deportation proceedings.  However, defense counsel requires additional time to complete the motion.  Additionally, the defense has determined that the deportation hearing tape(s) may be necessary for a complete understanding of the issues presented, and has requested that government counsel obtain the tape(s).  Through this stipulation, the parties agree that Mr. Rodriguez-Chacon will file his motion by August 24, 2009.  The government will file its opposition by September 14, 2009, and the defense will file a reply by September 16, 2009.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 8/17/09

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 8/17/09

_____/s/_____
CHAD MANDELL
Assistant United States Attorney

## [] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, August 24, 2009, to allow time for the defense to complete a motion to dismiss the indictment, and for the government to obtain a copy of the deportation hearing tape(s).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, August 24, 2009, be continued to Monday, September 21, 2009, at 9:00 a.m. Mr. Rodriguez-Chacon will file his motion by August 24, 2009. The government will file its opposition by September 14, 2009, and the defense will file a reply by September 16, 2009.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 24, 2009 to September 21, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 8/25/09

_Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge