1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHAD M. MANDELL (ILBN 628783)
   Special Assistant United States Attorney
5
        150 South Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       Facsimile: (408) 535-5066
        chad.mandell@usdoj.gov              *E-FILED - 10/8/09*
8
   Attorneys for the United States,
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,        )   No. CR 09-00431 RMW
                                    )
14        Plaintiff,                )
                                    )   STIPULATION AND []
15 vs.                              )   ORDER CONTINUING HEARING
                                    )
16                                  )
   EUDORO RODRIGUEZ-CHACON,         )
17                                  )
          Defendants.               )
18 _____

19
                              **STIPULATION**
20
        The parties, by and through their respective counsel, hereby stipulate and agree that the

21
   hearing on Defendant's motion to dismiss the above captioned information, currently set for

22
   Monday, October 5, 2009, be continued to Monday, November 16, 2009, at 9:00 a.m., before the

23
   Honorable Ronald M. Whyte, United States District Judge.  The parties recently received the tape

24
   of Defendant's deportation hearing, and have been working to transmit the recording to a

25
   medium on which the contents can be heard and understood.  The defense would like to use the

26
   Stipulation and [] Order Continuing
   Hearing, CR 09-00431 RMW
                                          1

tape to supplement its brief in support of its motion to dismiss.  Therefore, the parties stipulate that the defense's supplement to its motion to dismiss shall be submitted on Monday September 28, 2009, that the government's response to Defendant's motion to dismiss shall be submitted on Monday, October 19, 2009, and that any reply brief by the defense shall be submitted on November 2, 2009.

The parties further stipulate and agree that the time through November 16, 2009, may be excluded from the time within which trial shall commence pursuant to 18 U.S.C. §3161(h)(1)(D) and (h)(8)(B)(iv)

Dated: September 22, 2009

                          s/_____
                          LARA VINNARD
                          Assistant Federal Public Defender

Dated: September 22, 2009

                          s/_____
                          CHAD MANDELL
                          Special Assistant United States Attorney

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing on Defendant's motion to dismiss the above-captioned information shall be continued from Monday, October 5, 2009 to Monday, November 16, 2009 at 9:00 a.m.  The defense's supplement to its motion to dismiss shall be submitted on Monday, September 28, 2009, the government's response to Defendant's motion to dismiss shall be submitted on Monday, October 19, 2009, and any reply brief from the defense shall be submitted on November 2, 2009.

It is further ordered that the time through November 16, 2009 be excluded from the time within which trial shall commence under the Speedy Trial Act, for the statutory basis set forth in

1 | the stipulation of the parties. The Court finds that ends of justice served by granting this
2 | continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
3 | U.S.C. § 3161 (h)(7)(A).

Dated: October 8, 2009

_____
RONALD M. WHYTE
United States District Judge

Stipulation and [] Order Continuing
Hearing, CR 09-00431 RMW

3