1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

                                                     *E-FILED - 11/17/09*
5  Counsel for Defendant RODRIGUEZ-CHACON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

   UNITED STATES OF AMERICA,        )    No. 09-00431 RMW
12                                   )
              Plaintiff,             )    STIPULATION TO CONTINUE
13                                   )    HEARING AND EXCLUDE TIME;
   v.                                )    [] ORDER
14                                   )
   EUDORO RODRIGUEZ-CHACON,          )
15                                   )
              Defendant.             )
16 _____   )

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled

19 for Monday, November 16, 2009 at 9:00 a.m., be continued to Thursday, December 3, 2009, at

20 2:00 p.m.   The parties have submitted briefing on the defendant's motion to dismiss, but the

21 government is obtaining a transcript of the defendant's entire deportation hearing, which is

22 expected shortly and will be filed with the Court.  The defense is awaiting the transcript and has

23 not yet filed a reply brief.  Accordingly, the parties respectfully request that the matter be reset

24 for Thursday, December 3, 2009 for argument on the motion.

25        The parties further agree that time should be excluded under the Speedy Trial Act because

26 the defense requires time for effective preparation and investigation, and the ends of justice

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 09-00431 RMW                           1

1   outweigh the defendant's and the public's need for a speedy trial.

2

3   Dated: 11/12/09                              _____/s/_____
                                                 LARA S. VINNARD
                                                 Assistant Federal Public Defender
4

5   Dated: 11/12/09                              _____/s/_____
                                                 CHAD MANDELL
6                                                Assistant United States Attorney

7

8                                    **[] ORDER**

9          The parties have jointly requested a continuance of the hearing set for Monday,

10  November 16, 2009, to allow time for the government to file a complete transcript of the

11  defendant's deportation hearing proceedings, and for the defense to file a reply brief.

12         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

13  presently set for Monday, November 16, 2009, be continued to Thursday, December 3, 2009,  at

14  2:00 p.m.

15         Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that in the interest of

16  justice and due to the pending motion, that the period of time from November 16, 2009 to

17  December 3, 2009, shall be excluded from the period of time within which trial must commence

18  under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

19  Dated:  11/17/09                             _Ronald M. Whyte_____
                                                 RONALD M. WHYTE
20                                               United States District Judge

21

22

23

24

25

26