BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 2/2/10*

Counsel for Defendant RODRIGUEZ-CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>             Plaintiff,              )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>EUDORO RODRIGUEZ-CHACON, )<br>                                                        )<br>             Defendant.         )<br>_____) | No. 09-00431 RMW<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, February 1, 2010 at 9:00 a.m., be continued to Monday, February 8, 2010, at 9:00 a.m.  Government counsel will be unavailable on February 1, and the parties require time to meet and confer regarding stipulated facts for a proposed bench trial.

The parties further agree that time should be excluded under the Speedy Trial Act for continuity of counsel, and because the parties require time for effective preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 1/26/10                             _____/s/_____
                                                        LARA S. VINNARD
                                                        Assistant Federal Public Defender

Dated: 1/26/10                             _____/s/_____
                                                        STEVEN SEITZ
                                                        Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. 09-00431 RMW                                1

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, February 1, 2010, because government counsel will be unavailable on February 1, and the parties require time to meet and confer regarding stipulated facts for a proposed bench trial.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, February 1, 2010 be continued to Monday, February 8, 2010, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that in the interest of justice and due to the pending motion, that the period of time from February 1 to February 8, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 2/2/10

_____
RONALD M. WHYTE
United States District Judge