BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 2/10/10*

Counsel for Defendant RODRIGUEZ-CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-00431 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | **[] ORDER** |
| | ) | |
| EUDORO RODRIGUEZ-CHACON, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, February 8, 2010 at 9:00 a.m., be continued to Monday, February 22, 2010, at 9:00 a.m.  Defense counsel is preparing stipulated facts for the defendant as well as government counsel to review in preparation for a proposed bench trial, but has been unable to complete the project due to preparations for an upcoming evidentiary hearing in *U.S. v. Santos*, No. CR 09-0277 JW.

The parties further agree that time should be excluded under the Speedy Trial Act for continuity of counsel, and because the parties require time for effective preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; ] ORDER
No. 09-00431 RMW                                  1

Dated: 2/5/10         _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 2/5/10         _____
STEVEN SEITZ
Assistant United States Attorney

## [] ORDER

The parties have jointly requested a continuance of the hearing set for Monday, February 8, 2010, because the defense and the government require additional time to agree upon stipulated facts for a proposed bench trial.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, February 8, 2010 be continued to Monday, February 22, 2010, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that in the interest of justice and due to the pending motion, that the period of time from February 8 to February 22, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 2/9/10         _/s/ Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge