1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   UNITED STATES OF AMERICA,            | *E-FILED - 4/7/10*
            Plaintiffs,                   | Case No. CR-09-00431-RMW
13
     v.                                   | ORDER FOR MENTAL EXAMINATION
14
     EUDORO RODRIGUEZ-CHACON,
15
            Defendant.
16
17
18         At the status hearing in this matter on March 29, 2010, defense counsel raised a doubt
19   about defendant's mental competency to stand trial and briefly recited some facts supporting her
20   doubt.  She requested that defendant be examined pursuant to 18 U.S.C. § 4241(b). The government
21   did not oppose defendant's request and the court orders that a psychiatric or psychological
22   examination of defendant be undertaken pursuant to 18 U.S.C. §§ 4241(b), 4247(b) and (c).
23         The defense and government disagreed as to whether defendant should be examined locally
24   where defendant is presently detained pending trial or whether he should be committed to the
25   custody of the Attorney General for placement in a suitable facility for the examination. pursuant to
26   subsection (b) of section 4247.  The court hereby orders the examination to be done locally by an
27   appropriately qualified psychiatrist or psychologist.  The parties are to agree on the doctor who will
28

1  do the examination and submit the name to the court for approval.  If the parties cannot agree within
2  five days of this order, the court requests Pretrial Services to recommend to the court an appropriate
3  examiner for the court's approval.
4        The primary reason the court finds that the examination should be done locally is that
5  experience has shown that a local examination can be done more expeditiously.  Further, there are
6  no apparent circumstances here suggesting that transferring defendant to a different facility for the
7  examination, at least at this point, is necessary.
8        Dated:  <u>April 7, 2010</u>

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge