*E-FILED - 12/14/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>EUDORO RODRIGUEZ-CHACON,<br><br>Defendant. | Case No. CR-09-00431-RMW<br><br>ORDER DENYING "PRO SE" MOTION TO DISMISS INFORMATION<br><br>[Docket No. 82] |

Defendant Eudoro Rodriguez-Chacon filed a "motion to dismiss the information and to declare the underlying deportation invalid and unconstitutional on ground that my due process and equal protection rights have been violated by the California and United States governments." This motion was filed by Mr. Rodriguez-Chacon as a "pro se litigant," although he is represented by competent counsel who has been zealous in her representation of him.

The motion is denied. The motion fails to provide any facts that support the unconstitutionality of the underlying deportation or any legal analysis. The court notes that defendant's counsel previously filed a motion arguing that the underlying deportation was fundamentally flawed and set forth the factual bases for that motion. It was denied by an order dated January 8, 2010. The court suspects defendant by his current motion is essentially asking the court

to reconsider its previous ruling. In any event, the current motion is denied because it sets forth no factual basis on which the court could grant the motion.

DATED: December 14, 2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge