BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 1/25/11*

Counsel for Defendant RODRIGUEZ-CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-00431 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [] ORDER** |
| v. | ) | |
| EUDORO RODRIGUEZ-CHACON, | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, February 7, 2011, at 9:00 a.m., be continued to Monday, March 21, 2011, at 9:00 a.m.  The continuance is requested because the Probation Office did not receive a timely referral of this matter for preparation of a Presentence Report, and requires additional time to prepare a PSR in the case.  Probation Officer Ben Flores has been consulted and joins in the request for the continuance.

STIPULATION TO CONTINUE
SENTENCING HEARING; []
ORDER
No. 09-00431 RMW                    1

| | | |
|---|---|---|
| 1 | Dated:  1/10/11 | _____/s/_____ |
| 2 | | LARA S. VINNARD<br>Assistant Federal Public Defender |
| 3 | | |
| 4 | Dated:  1/10/11 | _____/s/_____<br>DAVID PAXTON |
| 5 | | Assistant United States Attorney |

**[] ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, February 7, 2011, to allow time for completion of the Presentence Report.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, February 7, 2011, at 9:00 a.m., be continued to Monday, March 21, 2011, at 9:00 a.m.

Dated:   1/25/11

_/s/ Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
SENTENCING HEARING; []
ORDER
No. 09-00431 RMW                    2