1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753                    *E-FILED - 2/15/11*

5  Counsel for Defendant RODRIGUEZ-CHACON

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,            )  No. 09-00431 RMW
                                         )
13              Plaintiff,                )  **STIPULATION TO CONTINUE**
                                         )  **SENTENCING HEARING; []**
14  v.                                   )  **ORDER**
                                         )
15  EUDORO RODRIGUEZ-CHACON,             )
                                         )
                Defendant.                )
16  _____ )

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently

19  scheduled for Monday, March 21, 2011, at 9:00 a.m., be continued to Monday, April 18, 2011, at

20  9:00 a.m.  The continuance is requested because a psychologist retained by the defense requires

21  additional time to complete a report for purposes of sentencing, and because the Probation Office

22  is conducting its investigation.  Probation Officer Ben Flores has been consulted and is available

23  on the requested date.

24  ///

25  ///

26  ///

1  Dated:  2/10/11                              /s/
2                                               LARA S. VINNARD
                                                Assistant Federal Public Defender
3
4  Dated:  2/10/11                              /s/
                                                BRADLEY PRICE
5                                               Special Assistant United States Attorney

6                                    **[] ORDER**

7      The parties have jointly requested a continuance of the hearing set for Monday, March 21,

8  2011, to allow time for completion of a defense psychological report and to allow time for the

9  Probation Office's presentence investigation.

10     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

11 presently set for Monday, March 21, 2011, at 9:00 a.m., be continued to Monday, April 18, 2011,

12 at 9:00 a.m.

13 Dated:  2/15/11                              /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
14                                              United States District Judge

STIPULATION TO CONTINUE
SENTENCING HEARING; [] ORDER
No. 09-00431 RMW                    2