BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 3/30/11*

Counsel for Defendant RODRIGUEZ-CHACON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-00431 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; |**xxxxxxxxxxxx |
| v. | ) | **ORDER** |
| EUDORO RODRIGUEZ-CHACON, | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, April 18, 2011, at 9:00 a.m., be continued to Monday, June 13, 2011, at 9:00 a.m.  The continuance is requested because the defense requires additional time to complete mitigation investigation, and because the Probation Office is conducting its investigation. Probation Officer Ben Flores has been consulted and is available on the requested date.

1  Dated: 5/21/11                                    _____/s/_____
                                                      LARA S. VINNARD
2                                                     Assistant Federal Public Defender

3
   Dated: 5/21/11                                    _____/s/_____
4                                                     BRADLEY PRICE
                                                      Special Assistant United States Attorney
5

6                                 [xxxxxxxxxxx ORDER

7      The parties have jointly requested a continuance of the hearing set for Monday, April 18,

8  2011, to allow time for completion of defense mitigation investigation and to allow time for the

9  Probation Office's presentence investigation.

10     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

11 presently set for Monday, April 18, 2011, at 9:00 a.m., be continued to Monday, June 13, 2011, at

12 9:00 a.m.

13 Dated: 3/30/11                                    *Ronald M. Whyte*
                                                      _____
14                                                    RONALD M. WHYTE
                                                      United States District Judge

STIPULATION TO CONTINUE
SENTENCING HEARING; []
ORDER
No. 09-00431 RMW                        2