IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 4/19/11***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>EUDORO RODRIGUEZ-CHACON,<br><br>Defendant. | Case No. CR-09-00431-RMW<br><br>ORDER DENYING "PRO SE" MOTION TO DISMISS INFORMATION<br><br>[Docket No. 98] |

Defendant Eudoro Rodriguez-Chacon is represented by counsel but continues to file *pro se* motions. The latest is a "Motion to Dismiss Information" filed on March 22, 2011. It is based upon the allegation that he never waived his right to indictment by a grand jury. He supports the motion by an affidavit which includes a statement that "I NEVER SIGNED A 'Waiver of Indictment' at any time." Mot. at 6:4-5. However, the docket contains an entry reflecting that he waived indictment and the file contains a Waiver of Indictment form purportedly signed by him (docket # 7). The signature on the form appears similar to that on the affidavit supporting his current motion. Based upon the overwhelming evidence that Rodriguez-Chacon waived his right to indictment by a grand jury, his motion to dismiss is denied without prejudice to being raised by his counsel if counsel believes that there is a basis for doing so.

DATED: April 18, 2011

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

1
2   Copy of Order Mailed on 4/19/11 to:
3   Eudoro Rodriguez Chacon
4   Booking #09022586 PFN: CSG868
    Santa Clara County Mail Jail
5   885 North Pedro Street
6   San Jose, CA 95110
7
    Order was E-Filed to Counsel of Record:
8
9   Lara Vinnard
    *Defense Counsel*
10
11  Bradley Daniel Price
12  *Government Counsel*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28